**Martha A. Williams, appellee, v. Baldwin Piano Company, appellant. Gen. No. 29,149.**

Breach of warranty in sale of piano. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Orion M. Grove, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 20, 1924. Rehearing denied and additional opinion filed November 17, 1924.

Carpenter, Barnhardt & Reynolds, for appellant. Ringer, Wilhartz & Hirsch, for appellee; Sidney J. Wolf, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Francis Beidler, appellant, v. L. D. Leach & Company, appellee. Gen. No. 29,161.**

Action to recover rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 20, 1924.

Robert W. Dunn, for appellant. Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**William H. Brown, appellee, v. Hotel La Salle Company et al., appellants. Gen. No. 29,190.**

Action for personal injury. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. McDonald, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 20, 1924.

Jay Fred Reeve, for appellants. Royal W. Irwin, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Sam Salk, appellee, v. National Casualty Company, appellant. Gen. No. 29,194.**

Action upon policy of accident and health insurance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed. Opinion filed October 20, 1924.

Abraham Lepine, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Dennis J. Egan, appellant, v. Marsh Valve Company et al., appellees. Gen. No. 29,227.**

Action of debt upon replevin bond. Judgment for nominal damages for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. McDonald, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 20, 1924.

Robert F. Kolb, for appellant. Robert F. Bradburn, for appellees.

Mr. Justice Matchett delivered the opinion of the court.